IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants / | No. C-08-0531 MMC <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the "Notice of Entry of Order Transferring Cases," filed April 11, 2008 by defendants, along with the United States Judicial Panel on Multidistrict Litigation's order transferring the instant action, among others, for inclusion in MDL No. 1938, In re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation. In light of the imminent transfer, the Court hereby VACATES the case management conference scheduled for May 2, 2008.

**IT IS SO ORDERED.**

Dated: April 25, 2008

MAXINE M. CHESNEY
United States District Judge